IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CARLA FAITH CLARK                                                          PLAINTIFF

VS.                                          CIVIL NO. 06-5077

MICHAEL J. ASTRUE[1], COMMISSIONER
SOCIAL SECURITY ADMINISTRATION                                 DEFENDANT

## J U D G M E N T

For reasons stated in a memorandum opinion of this date, we conclude that the

decision of the Commissioner denying benefits to the plaintiff is not supported by substantial

evidence and should be reversed and remanded for further consideration pursuant to sentence

four of 42 U.S.C. § 405(g).  **The parties have sixty days from entry of the judgment on

the docket in which to appeal.**

If plaintiff wishes to request an award of attorney's fees and cost under the Equal

Access to Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up until 30 days

after the judgment becomes "not appealable" i.e., 30 days after the 60-day time for appeal has

ended. *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§

2412(d)(1)(B), (d)(2)(G).

IT IS SO ORDERED AND ADJUDGED this 7th day of March 2007.

/s/ *J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

---

[1]Michael J. Astrue became the Social Security Commissioner on February 12, 2007.  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue has been substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit.